USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff

     v.

JUAN MANUEL AVILA-MEZA               Cr. No.: 15-174 (LGS)

              Defendant

## MOTION TO SEAL

TO: Clerk,
United States District Court
    for the Southern District of New York
500 Pearl Street
New York, New York 10007

        **NOW COMES**, Juan Manuel Avila-Meza, by and through his attorney, Linda George and respectfully states and prays as follows:

        1.    The document filed in conjunction with this motion to restrict and described as Exhibit "A," pertains to defendant's motion for continuance, filed prior to this document via CM/ECF as an unrestricted public document.

        2.    Said Exhibit "A" contains information that if revealed publically would interfere with the confidentiality of matters, to be discussed with the court under seal, in that said document contains a discussion of factors pertaining to defense strategy.

        3.    It is therefore requested that the court maintain the enclosed document under the seal of the court until any further order of the Court with respect to same.

Application GRANTED. Defendant Avila-Meza shall file "Exhibit A" under seal. Only Defendant Avila-Meza and Linda George shall have access to the document.

SO ORDERED.

Dated: March 16, 2020
      New York, New York

*/s/ Lorna G. Schofield*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

# CERTIFICATION OF SERVICE

I, Linda George, certify that on this date I have filed the foregoing with the Clerk of the Court via the CM ECF system which will provide appropriate copies to the following and all parties of record.

Hon. Lorna G. Schofield, U.S.D.J.　VIA U.S. POSTAL SERVICE EXPRESS MAIL
United States District Court　　　　　　(1 courtesy copy )
Southern District of New York
500 Pearl Street
New York, New York 10007

AUSA Elinor L. Tarlow
Office of the U.S. Attorney
 for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007

AUSA Jason A. Richman
Office of the U.S. Attorney
 for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007

AUSA Matthew Joseph Laroche
Office of the U.S. Attorney
 for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007

Juan Manuel Avila-Meza　　　　　　VIA HAND DELIVERY

Dated: March 12, 2020

Linda George