

**Linda George**
Attorney at Law

Application GRANTED in part. The Fatico hearing presently scheduled for October 5 and 6, 2020, is **adjourned** sine die. The parties and their counsel shall appear for a telephone conference on **September 24, 2020, at 11:00 a.m.**, to discuss a new hearing date in November, 2020. The parties shall use the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time. By **September 22, 2020**, Defendant's counsel shall file a letter stating whether Defendant waives his physical appearance at this conference. Defendant's counsel shall, to the extent practicable, obtain Defendant's signature on the attached waiver form and submit it to the Court. The Clerk of Court is respectfully directed to terminate the docket entry at #458.

SO ORDERED

Dated: September 17, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

        Re:    United States v. Juan Manuel Avila-Meza
        Cr. No.:  15-174 (LGS)

    On behalf of defendant Juan Manuel Avila-Meza, it is respectfully requested that the *Fatico* hearing presently scheduled for October 5 and October 6, 2020, be rescheduled to a date on or after December 14, 2020, as may be convenient to the court.

    The inability to visit with Mr. Avila, who is detained at MDC, Brooklyn, has impeded my ability to prepare for a hearing in October. It is my understanding that MDC is now open for legal visits subject to advance scheduling. Accordingly, a date as requested after December 14, 2020 should provide sufficient time.

    I have discussed this request with AUSA Elinor L. Tarlow and she advises that the government has no objection to the court granting the relief requested.

    I thank Your Honor for your attention to this matter and remain,

Respectfully,

LINDA GEORGE

LG:ms
cc:    As per Certification of Service

April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                      -v-

                     ,
                      Defendant.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

_____-CR-_____(___) (___)

**Check Proceeding that Applies**

____   Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that**:**

    1)    I have received and reviewed a copy of the indictment.
    2)    I do not need the judge to read the indictment aloud to me.
    3)    I plead not guilty to the charges against me in the indictment.

Date:   _____
            Signature of Defendant

            _____
            Print Name

___   Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion.

Date:   _____
            Signature of Defendant

            _____
            Print Name

____    Conference

I have been charged in an indictment with violations of federal law.  I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law.  I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur.  I have discussed these issues with my attorney and wish to give up my right to be present at the conferences.  By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:   _____
        Signature of Defendant

        _____
        Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence.  I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:   _____
        Signature of Defense Counsel

        _____
        Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date:   _____
        Signature of Defense Counsel

**Accepted:**   _____
                Signature of Judge
                Date:

2