

**Attorney at Law**

577 Summit Avenue
Hackensack, New Jersey 07601
Tel: 201-487-5225
Fax: 201-487-8807
email: lgdefense@yahoo.com

January 8, 2021

**VIA CM/ECF**
Hon. Lorna G. Schofield
United States District Judge
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 484.*

*Dated: January 11, 2021*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  United States v. Juan Manuel Avila Meza
     Cr. No.: 15-174 (LGS)

Dear Judge Schofield:

On December 4, 2020, the court entered an order rescheduling sentencing in this matter for February 9, 2021. D.E. 479. The court also directed defendant to re-file his sentencing submission by January 8, 2021 and the government to re-file its sentencing submission by January 15, 2021.

I am constrained, however, to advise this court that I require some additional time to conduct a final review of my intended submission with my client via a legal call or video conference. Although I requested a date earlier this week, I was recently confirmed by MDC, for Monday, January 11, 2021.

Accordingly, it is respectfully requested that the court extend the time within which defendant's submission is due until Thursday, January 14, 2021 and also extend the time for the government's submission until January 20, 2021.

I have contacted the government concerning this request via email, but I have not as of the time of this filing received a response.

I thank your Honor for your attention to this matter and remain,

Respectfully,

LINDA GEORGE

LG:ms
cc:   As per Certification of service

Page 2
AUSA Tarlow, AUSA Richman and AUSA Matthew Laroche
U.S. v. Juan Manuel Avila Meza
January 8, 2021

## CERTIFICATION OF SERVICE

I, Linda George, certify that on this date I have filed the foregoing with the Clerk of the Court via the CM ECF system which will provide appropriate copies to the following and all parties of record. In addition, I have provided copies to the following as described:

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

AUSA Elinor Tarlow            VIA EMAIL elinor.tarlow@usdoj.gov
Office of the U.S. Attorney
  for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007

AUSA Matthew Laroche          VIA EMAIL matthew.laroche@usdoj.gov
Office of the U.S. Attorney
  for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007

AUSA Jason Richman           VIA EMAIL jason.richman@usdoj.gov
Office of the U.S. Attorney
  for the Southern District of New York
One St. Andrews Plaza
New York, New York 10007

Juan Manuel Avila-Meza          VIA HAND DELIVERY

Dated: January 8, 2021

*LINDA GEORGE*