# EXHIBIT E

# Superior
# Court
# of Accounts
# Tegucigalpa, M.D.C. Honduras,C.A.

-125-

SWORN INCOME, ASSETS AND LIABILITIES STATEMENT

File No. _____

Folio No. _____

| | |
|---|---|
| First time entry into position or public service | ☐ |
| Re-entry into position or public service | ☒ |
| End of position | ☐ |

## A.  DECLARANT'S LEGAL INFORMATION

| | | | |
|---|---|---|---|
| First Name: | Juan | Middle Name:  Manuel | |
| First surname: | Avila | Second Surname: Meza | |
| Identification No. 03101970 00878 | | National Taxpayer Registration: 03181970008285 | |
| Plade and Date of Birth: | Siguatepeque  08/22/1970 | Sex: F ☐   M ☒ | |
| Profession or Occupation:  Police Officer and Lawyer | | Marital Status: | |
| Home address: | Col. Loma Linda Sur | Married ☒   Single ☐ | |
| | House 3133 | | |
| Tel. 22394203 | | Fax: | |
| Email: | nellavila@yahoo.com.mx | | |
| RELATED DEPENDENTS | | | |
| Names of Dependents | | Relationship | Age |
| Alicia Nollia Yacub Bortrand | | Wife | 49 |
| Juan Manuel Avila Gutierrez | | Son | 15 |
| Luisa Yolanda Avila Valle | | Daughter | 14 |
| Alizstram Avila Yacub | | Son | 6 |
| Irma Yolanda Meza Pulpa | | [Illegible] | 65 |
| If your spouse or domestic partner files a separate Sworn Statement, provide File Number: | | | |

[TRANSLATOR'S COMMENTS:  CERTAIN VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.  FURTHER, POTENTIAL INACCURACIES MAY BE DUE TO HANDWRITING STYLE.]

## B.2  SPOUSE OR DOMESTIC PARTNER'S WAGE INCOME

| | |
|---|---|
| Ministry or institution:   -0- | |
| Department or area of work:  -0- | |
| Work address:          -0- | |
| -0- | |
| -0- | |
| Tel.:              -0-       Fax:                 email:  -0- | |
| Wages:    -0-                              L. | |

## B.3  OTHER INCOME          Yes ☒          No ☐

(Income resulting from business, profesional activities, rents, dividends, pensions, additional work, bonuses, [Illegible], or any other type of income.  Include same information for your spouse or domestic partner, your minor children or legal wards.)

If you answered "Yes," please provide details:

| Name | Type of Income | Monthly Income Amount | Name and address of source of additional income |
|---|---|---|---|
| Transportation | 90,000.00 | | Colonia Loma Linda Sur |
| of executive | | | Calle [Illegible] |
| passengers | | | House 3133 |
| Apartment | 10,000.00 | | |
| Taxis | 15,000.00 | | |
| [Illegible] | 8,000.00 | | |

## IT IS IMPORTANT TO NOTE:

Declarant is required to file a separate schedule of all the property that is part of the assets of his/her spouse, domestic partner, children under his/her custody and legal wards, as well as the property of others under his/her management, indicating, where appropriate, the liability that may impact them.

[TRANSLATOR'S COMMENTS:  CERTAIN VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.  FURTHER, POTENTIAL INACCURACIES MAY BE DUE TO HANDWRITING STYLE.]

## C.  PROPERTY

Under each subheading below, list your real property and personal property, as well as that of your spouse or domestic partner, and that of your minor children or legal wards.  Use a separate line for each property declared.  If necessary, please use additional sheets.

## C1.  REAL PROPERTY

Do you own real property?          Yes ☒                    No ☐

(Real Property means land, lots, parcels, buildings, houses of residence, rental houses, farms and the like.) Attach a copy of the corresponding public deed.

| Type of Property | Method of acquisition | Type of use | Location | Registration No. Folio Page | Value | |
|---|---|---|---|---|---|---|
| | | | | | At acquisition | Improvements |
| House | Purchase | Place of residence | Loma Linda | | 3,000,000 | |
| House | ” | Rental | Los Llano | | 250,000 | |
| | | | | | | |
| | | | | | | |

## C.2. PERSONAL PROPERTY

C.2.1  Do you own a vehicle?      Yes ☒                    No ☐

Use additional sheets, if necessary.  For each vehicle, attach a copy of inspection receipt, import invoice or policy, if applicable.

| Make | Year | Type | Plate | Puchase Price | Purchased from: |
|---|---|---|---|---|---|
| Toyota | 2013 | Pickup | | $38,900 | Corporacion Flores |
| Hunday [Illeg.] | 2012 | Tourism | | $16,900 | SYRE |
| Honda Fit | 2010 | Tourism | | $10,500 | Individual |
| Honda CRV | 2010 | SUV | | $18,000 | Individual |

[TRANSLATOR'S COMMENTS:  CERTAIN VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.  FURTHER, POTENTIAL INACCURACIES MAY BE DUE TO HANDWRITING STYLE.]

C.2.5   Do you own any weapons?   Yes ☒   No ☐

If there are not enough blank spaces, use addiitonal sheets.

| Type | Caliber | Serial No.  Registration No. | Value | Comments |
|------|---------|------------------------------|-------|----------|
| Handgun | 9mm | | 10,000.00 | Purchased [illegible] |
| | | | | |
| | | | | |

## C.2.6   ACCOUNTS AND DEPOSITS

List all savings and checking accounts, certificates of deposit at domestic and foreign financial institutions.

| Institution's Name | Account Type | Account No. | Source of Funds | L. | US$ | Current Balance |
|--------------------|--------------|-------------|-----------------|-----|-----|-----------------|
| Banco Atlantida | | | | | | |
| | | | | | | |

## C.2.7 PROBATE RIGHTS

List below all property that you, your spouse, your domestic partner or your minor children have received as inheritance.

| Party's Name | Relationship | Judgment No. | Date | Value of inherited property |
|--------------|--------------|--------------|------|------------------------------|
| | | | | |
| | | | | |

## C.2.8   OTHER PROPERTY

Stock, bonds, securities:

If you have set up trusts, list below the bank or trust company and indicate the type of trust.

[TRANSLATOR'S COMMENTS:  CERTAIN VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.  FURTHER, POTENTIAL INACCURACIES MAY BE DUE TO HANDWRITING STYLE.]

D.3  OTHER OBLIGATIONS

Do you have other obligations?        Yes ☐                No ☒

### OTHER OBLIGATIONS

| Obligor | Type of Obligation | Collateral | Amount of Debt | Date of Issue | Term | Monthly Payment |
|---------|-------------------|-----------|----------------|---------------|------|-----------------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

### E. MONTHLY EXPENSES

(List all your personal expenses, those of your spouse or domestic partner, minor children and legal wards.)

| Description | Lempiras |
|-------------|----------|
| Food | 6,000.00 |
| Utilities payments | 3,000.00 |
| Dwelling rent | Own |
| Education expenses | 10,000.00 |
| Health-related expenses | 8,000.00 |
| Premium and insurance payments (life, health, auto) | 7,800.00 |
| Tax payments (total yearly payment) | [illegible] |
| Vehicle registration (total yearly payment) | 8,000.00 |
| Entertainment expenses (travel or vacations) | NO |
| Other Expenses | Several |
| TOTAL | 62,000.00 |

[TRANSLATOR'S COMMENTS:  CERTAIN VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.  FURTHER, POTENTIAL INACCURACIES MAY BE DUE TO HANDWRITING STYLE.]

-126-

```
                    0779562                              0779562
        RECEIPT

    RECEIPT              EXPIRES        RECEIPT              EXPIRES



        R.T.N.    PLATE No.    YEAR        R.T.N.    PLATE No.    YEAR



                OWNER                              OWNER



        LESSEE'S NAME                      LESSEE'S NAME



            VEHICLE DESCRIPTION                        DEBIT     CREDIT
    MAKE            YEAR            YEARLY FEE
    MODEL           CYL.           FINE
    TYPE                           REPAIRS
    COLOR                          MUNICIPAL FEE
    ENGINE
    BODY                          TOTAL
    VIN                           TOTAL PAID
```

[TRANSLATOR'S COMMENTS:  VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.]

-127-

| | 0779558 | | | | 0779558 |
|---|---|---|---|---|---|
| RECEIPT | | | | | |
| RECEIPT | EXPIRES | | RECEIPT | EXPIRES | |
| R.T.N. | PLATE No. | YEAR | R.T.N. | PLATE No. | YEAR |
| | OWNER | | | OWNER | |
| | LESSEE'S NAME | | | LESSEE'S NAME | |

| VEHICLE DESCRIPTION | | | DEBIT | CREDIT |
|---|---|---|---|---|
| MAKE | YEAR | YEARLY FEE | | |
| MODEL | CYL. | FINE | | |
| TYPE | | REPAIRS | | |
| COLOR | | MUNICIPAL FEE | | |
| ENGINE | | | | |
| BODY | | TOTAL | | |
| VIN | | TOTAL PAID | | |

[TRANSLATOR'S COMMENTS:  VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.]

```
                        0779564                              0779564
        RECEIPT

   RECEIPT              EXPIRES          RECEIPT              EXPIRES




      R.T.N.    PLATE No.    YEAR         R.T.N.    PLATE No.    YEAR




             OWNER                              OWNER




       LESSEE'S NAME                      LESSEE'S NAME




         VEHICLE DESCRIPTION                      DEBIT    CREDIT
  MAKE              YEAR          YEARLY FEE
  MODEL             CYL.          FINE
  TYPE                            REPAIRS
  COLOR                           MUNICIPAL FEE
  ENGINE
  BODY                           TOTAL
  VIN                            TOTAL PAID
```

[TRANSLATOR'S COMMENTS:  VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.]

-129-

| | 0779558 | | | 0779558 |
|---|---|---|---|---|
| RECEIPT | | | | |
| RECEIPT | EXPIRES | | RECEIPT | EXPIRES |
| | | | | |
| R.T.N. | PLATE No. | YEAR | R.T.N. | PLATE No. | YEAR |
| | OWNER | | | OWNER | |
| | | | | | |
| LESSEE'S NAME | | | LESSEE'S NAME | |

| VEHICLE DESCRIPTION | | | DEBIT | CREDIT |
|---|---|---|---|---|
| MAKE | YEAR | YEARLY FEE | | |
| MODEL | CYL. | FINE | | |
| TYPE | | REPAIRS | | |
| COLOR | | MUNICIPAL FEE | | |
| ENGINE | | | | |
| BODY | | TOTAL | | |
| VIN | | TOTAL PAID | | |

[TRANSLATOR'S COMMENTS:  VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.]

-130-

| 0779561 | | | | | 0779561 | | |
|---|---|---|---|---|---|---|---|
| | RECEIPT | | | | | | |
| RECEIPT | | | EXPIRES | | RECEIPT | | EXPIRES |
| | R.T.N. | PLATE No. | YEAR | | R.T.N. | PLATE No. | YEAR |
| | | OWNER | | | | OWNER | |
| | LESSEE'S NAME | | | | LESSEE'S NAME | | |
| | VEHICLE DESCRIPTION | | | | | DEBIT | CREDIT |
| MAKE | | YEAR | | YEARLY FEE | | | |
| MODEL | | CYL. | | FINE | | | |
| TYPE | | | | REPAIRS | | | |
| COLOR | | | | MUNICIPAL FEE | | | |
| ENGINE | | | | | | | |
| BODY | | | | TOTAL | | | |
| VIN | | | | TOTAL PAID | | | |

[TRANSLATOR'S COMMENTS:  VARIABLE INFORMATION IS ILLEGIBLE AND, THEREFORE, UNTRANSLATABLE.]