UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA,          :
                    Plaintiff,   :
                                        :               15 Cr. 174-04 (LGS)
          -against-          :
                                        :                  <u>ORDER</u>
JUAN MANUEL AVILA MEZA,      :
                   Defendant,  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Juan Manuel Avila Meza's sentencing hearing

currently scheduled for February 9, 2021, is adjourned to **March 29, 2021 at 1:00 p.m**.


Dated: February 2, 2021
       New York, New York

_____
       **LORNA G. SCHOFIELD**
      **UNITED STATES DISTRICT JUDGE**