UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                        Plaintiff,

                  -against-

JUAN MANUEL AVILA MEZA,

                      Defendant,
------------------------------------------------------------X

15 Cr. 174-04 (LGS)

<u>ORDER AMENDING PRESENTENCE INVESTIGATION REPORT</u>

LORNA G. SCHOFIELD, District Judge:

As discussed at the sentencing of Defendant Juan Manuel Avila Meza on March 29, 2021, it is hereby **ORDERED** that the Presentence Investigation Report dated December 26, 2020, is amended as follows:

1) Paragraph 48 shall be amended to reflect the marriage date of "November 3, 1998," instead of "November 3, 1988."

2) A copy of this Order shall be appended to all copies of the Presentence Investigation Report and made a part thereof.

Dated: March 29, 2021
New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE